ACCEPTED
12-15-00294-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/14/2015 12:00:00 AM
Pam Estes
CLERK

**Cause No. 12-15-00294-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/13/2015 5:31:02 PM
PAM ESTES
Clerk

|                          |   |                          |
|--------------------------|---|--------------------------|
|                          | § | **IN THE COURT OF APPEALS** |
| **IN RE:**               | § |                          |
| **David Mark Davis II**  | § | **TWELFTH JUDICIAL REGION** |
|                          | § |                          |
|                          | § | **TYLER, TEXAS**         |

### RELATOR'S MOTION FOR EMERGENCY RELIEF

TO HONORABLE JUSTICES OF SAID COURT:

NOW COMES THE RELATOR, David Mark Davis II, who moves the Honorable Court to decide his **Petition for Mandamus** at the **earliest possible time**. In support, Davis would show the following:

1. This mandamus action is directly related to a habeas corpus action and seeks to compel the Honorable Wes Suiter to fulfill his ministerial duty to complete a Certificate of Defendant's Right to Appeal in Relator's habeas case.

2. The completion of the Certificate of Defendant's Right to Appeal is required for this Court to have jurisdiction to hear Mr. Davis' appeal of the Respondent's denial of Relator's habeas petition.

3. In Texas, court's are commanded to dispose with an application for writ of habeas corpus at the "earliest day which the judge can devote to hearing the cause of the applicant."  See Tex. C. Crim. Proc. Art 11.11.

4. It would only make sense that this case, since directly related to the habeas case, would be governed by the expedited timeline set forth in Art. 11.11. As such, this Court would be required to expedite this mandamus action

### PRAYER

**WHEREFORE PREMISES CONSIDERED**, Relator moves the Honorable Court grant this Motion for Emergency Relief and for all other relief Relator might be justly entitled.

Respectfully submitted,

_____
David Mark Davis II
Relator, Pro Se
11 Glenview Court
Lufkin, Texas 75901
(936) 238-850

**CERTIFICATE OF SERVICE**

I hereby certify that at the time of electronically filing this case, I served the foregoing pleading by electronic service upon the following:

Respondent:
via email to wsuiter@angelinacounty.net

Real Party in Interest:
via email to ejones@angelinacounty.net

David Mark Davis II